RMD              16-024              #49780

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MARIA SERNA, Individually, and as Mother and Next Friend of ASHLEY SERNA, a minor, <br><br> Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA, by and through its agents and/or employees including but not limited to SARIKA ARORA, M.D., ADRIANA RIVERA, CNM, ERLEINE BAUTISTA, M.D., And KALPINA SINGH, M.D., individually and As agents and/or employees of ACCESS COMMUNITY HEALTH NETWORK, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.    1:17-cv-6317 <br><br><br><br> **Plaintiff demands jury trial** |

## *COMPLAINT AT LAW*

NOW COMES the Plaintiff, MARIA SERNA, Individually and as Mother and Next Friend of AHSLEY SERNA, a minor, by and through her attorneys, MCNABOLA LAW GROUP, P.C., complaining of Defendant, UNITED STATES OF AMERICA by and through its agents and/or employees SARIKA ARORA, M.D., ADRIANA RIVERA, CNM, ERLEINE BAUTISTA, M.D., and KALPINA SINGH, M.D., individually and as agents and/or employees of ACCESS COMMUNITY HEALTH NETWORK, and states as follows:

**Count I – Maria Serna, Individually and as Mother and Next Friend of Ashley Serna, a minor**

     1.      The Plaintiff, MARIA SERNA, individually and as Mother and Next Friend of Ashley Serna, a minor, is and at all relevant times has been a resident of the City of Chicago,

County of Cook, State of Illinois currently residing at 2429 S. Drake, Chicago, IL 60623.

2. The defendant, the UNITED STATES OF AMERICA ("UNITED STATES") is amenable to suit under provisions of the Federal Tort Claims Act ("FTCA"). 28 U.S.C. 1346(b), 2671-2680.

3. On October 24, 2016, in conformity with 28 U.S.C. § 2675, plaintiff MARIA SERNA submitted a written notice to the Office of the General Counsel, General Law Division Claims Office of the Department of Health and Human Services setting forth plaintiff's claim for damages in the amount of six million dollars ($6,000,000.00). On April 13, 2017, the Department of Health and Human Services advised that the administrative tort claim was denied. Therefore, Plaintiff has exhausted all administrative remedies.

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1346(b).

5. Venue in this Court is proper pursuant to 28 U.S.C. § 1402(b).

6. On and prior to February 21, 2014 through and including October 26, 2014, and at all times relevant herein, ACCESS was a duly licensed health corporation providing obstetrical services to patients by and through its physician and midwife employees in the clinic facility known as Access Servicios Medicos La Villita at 3303 W. 26th Street in the City of Chicago, County of Cook.

7. On and prior to February 21, 2014 through and including October 26, 2014 and at all times relevant ACCESS employed duly licensed physicians, nurses and midwives specializing in the practice of providing obstetrical services, including prenatal care and delivery to patients who presented to the aforementioned clinic in Chicago.

8. On and prior to February 21, 2014 through and including October 26, 2014 and at all times relevant ACCESS employed duly licensed physicians, nurses and midwives specializing

2

in the practice of providing obstetrical services, including prenatal care, and management of labor and delivery to patients who presented to Mount Sinai Hospital Medical Center of Chicago.

9. On and prior to February 21, 2014 through and including October 26, 2014 and at all times relevant, Plaintiff MARIA SERNA presented to the La Villita clinic at ACCESS and entrusted herself entirely to the prenatal care and treatment provided by physician, nursing and midwife employees of ACCESS.

10. On or about October 24, 2014 and at all times relevant, Plaintiff MARIA SERNA presented to Mount Sinai Hospital Medical Center of Chicago and entrusted herself entirely to the prenatal and labor and delivery care and treatment provided by physician, nursing and midwife employees of ACCESS and Mount Sinai Hospital Medical Center.

11. On October 24, 2014, while MARIA SERNA was in triage at Mt. Sinai hospital, and prior to admission to labor and delivery, MARIA SERNA was seen and evaluated by Claudine Simpson, RNC, Abbie Mincks, M.D., Erleine Bautista, M.D., and Jamela Wade, M.D. who noted fetal heart rate decelerations and low fetal heart rate.

12. On October 24, 2014 at approximately 2300 hours, following evaluation and recommendation of Adriana Rivera, CNM, and under the attending physician, Erleine Bautista, M.D., MARIA SERNA was admitted to Labor & Delivery at Mt. Sinai hospital at approximately 40 weeks gestation with a history of uterine contractions every five (5) minutes for four (4) hours,

13. On October 24, 2014, from approximately 2300 hours through the delivery of the infant on October 25, 2014 at approximately 0925 a.m., the fetus demonstrated non-reassuring fetal heart tones on the fetal monitor strips.

14. On October 24, 2014 from approximately 2300 hours through the delivery on of the infant on October 25, 2014 at approximately 0925, MARIA SERNA demonstrated episodes of

3

uterine tachysystole.

15. On October 24-25, 2014 and at all times relevant, Erleine Bautista, M.D., Kalpina Singh, M.D., Sarika Arora, M.D., Shawn Naranjo, M.D. and Adriana Rivera, CNM were directly aware of and/or were consistently advised of the progression of labor and in particular the fetal heart tracings.

16. On October 25, 2014 Dr. Jamila Wade ordered Pitocin to augment the patient's labor and pursuant to that order, Pitocin was administered at approximately 0315, 0412, 0438, 0543, 0736, 0759, and 0828.

17. On October 25, 2014 MARIA SERNA was seen and examined by Shawn Naranjo, M.D., at approximately 0840 and 0906 before being transferred to the operating room for emergency/crash cesarean section.

18. On October 25, 2014 Kalpina Singh, M.D. performed an emergency cesarean section at approximately 0915.

19. On October 25, 2014, the female baby (ASHLEY SERNA) was born at 0925 in a condition described as cyanotic, floppy and unresponsive with Apgar scores of 6, 7 and 8.

20. At all times relevant obstetrical care was rendered to MARIA SERNA and her fetus in utero and in labor and delivery by physician and other healthcare provider employees of ACCESS, including but not limited to Erleine Bautista, M.D., Sarika Arora, M.D., Kalpina Singh, M.D., Shawn Naranjo, M.D., and Adriana Rivera, CNM.

21. At all times relevant it was the duty of the physician employees of ACCESS, including but not limited to Erleine Bautista, M.D., Sarika Arora, M.D., Kalpina Singh, M.D., Shawn Naranjo, M.D., and certified nurse midwife, Adriana Rivera, CNM, to render care and treatment to MARIA SERNA and her fetus in utero in accordance with the applicable standard of

care by other members of their profession.

22. At all times relevant and in connection with the care rendered to MARIA SERNA, Erleine Bautista, M.D., Sarika Arora, M.D., Kalpina Singh, M.D., Shawn Naranjo, M.D., were physicians licensed to practice by the state of Illinois and were employees of ACCESS and the UNITED STATES.

23. At all times relevant and in connection with the care rendered to MARIA SERNA Erleine Bautista, M.D., Sarika Arora, M.D., Kalpina Singh, M.D., and Shawn Naranjo, M.D., were attending physicians and were responsible for supervising the labor and delivery of MARIA SERNA.

24. At all times relevant and in connection with the treatment rendered to MARIA SERNA, Adriana Rivera, CNM was a certified nurse midwife licensed to practice by the State of Illinois and was an employee of ACCESS and the UNITED STATES.

25. At all times relevant and in connection with the care rendered to MARIA SERNA, Adriana Rivera, CNM, was a certified nurse midwife and was a health care provider responsible for supervising the labor and delivery of MARIA SERNA.

26. After assuming the care of MARIA SERNA and her fetus in utero, the defendant, UNITED STATES, by and through its physician and midwife employees including but not limited to Erleine Bautista, M.D., Sarika Arora, M.D., Kalpina Singh, M.D., and Adriana River, CNM, was negligent in one or more of the following ways:

    (a)    Failed to distinguish between the mother's and baby's heart rate on the morning of October 25, 2014; or
    (b)    Failed to monitor the fetal well-being on the morning of October 25, 2014; or
    (c)    Failed to recognize non-reassuring fetal heart tones on the fetal monitor strips on the morning of October 25, 2014; or
    (d)    Failed to recognize uterine tachysystole on the morning of October 25, 2014; or
    (e)    Failed to properly manage the administration of Pitocin when uterine tachysystole was occurring on the morning of October 25, 2014; or

(f) Failed to order or insert internal electronic fetal monitoring and/or use of portable ultrasound to differentiate maternal pulse rate from fetal heart rate and fetal decelerations and/or bradycardia on the morning of October 25, 2014; or

(g) Failed to recognize fetal bradycardia; or

(h) Failed to perform a cesarean section in a timely manner on the morning of October 25, 2014; or

(i) Failed to act as a patient advocate; or

(j) Was otherwise careless and negligent.

27. As a direct and proximate result of the aforementioned negligent acts and/or omissions ASHLEY SERNA suffered injuries of a personal and pecuniary nature.

28. Attached to this Complaint at Law is the affidavit of one of Plaintiff's attorneys, as well as the physician report as required by 735 ILCS 5/2-622 of the Illinois Code of Civil Procedure.

WHEREFORE, Plaintiff, MARIA SERNA, Individually and as the mother and next friend of ASHLEY SERNA, a minor, demands judgment against Defendant, UNITED STATES OF AMERICA by and through its physician and other health care provider employees, including but not limited to Erleine Bautista, M.D., Sarika Arora, M.D, Kalpina Singh, M.D., and Adriana Rivera, CNM, in an amount in excess of seventy-five thousand dollars ($75,000.00).

**Count II - Maria Serna, Individually**

1-25. Plaintiff MARIA SERNA reasserts and realleges paragraphs 1-25 of Count I as paragraphs 1-25 of Count II as though fully set forth herein.

26. After assuming the care of MARIA SERNA and her fetus in utero, the defendant, UNITED STATES, by and through its physician and midwife employees, including but not limited to Erleine Bautista, M.D., Sarika Arora, M.D., Kalpina Singh, M.D., and Adriana Rivera, CNM, was negligent in one or more of the following ways:

(k) Failed to distinguish between the mother's and baby's heart rate on the morning of October 25, 2014; or

(l) Failed to monitor the fetal well-being on the morning of October 25, 2014; or

6

(m) Failed to recognize non-reassuring fetal heart tones on the fetal monitor strips on the morning of October 25, 2014; or
(n) Failed to recognize uterine tachysystole on the morning of October 25, 2014; or
(o) Failed to properly manage the administration of Pitocin when uterine tachysystole was occurring on the morning of October 25, 2014; or
(p) Failed to order or insert internal electronic fetal monitoring and/or use of portable ultrasound to differentiate maternal pulse rate from fetal heart rate and fetal decelerations and/or bradycardia on the morning of October 25, 2014; or
(q) Failed to recognize fetal bradycardia; or
(r) Failed to perform a cesarean section in a timely manner on the morning of October 25, 2014; or
(s) Negligently performed the cesarean section on the morning of October 25, 2014; or
(t) Failed to act as a patient advocate; or
(u) Was otherwise careless and negligent.

27. As a direct and proximate result of the aforementioned negligent acts and/or omissions MARIA SERNA suffered injuries of a personal and pecuniary nature.

28. Attached to this Complaint at Law is the affidavit of one of Plaintiff's attorneys, as well as the physician report as required by 735 ILCS 5/2-622 of the Illinois Code of Civil Procedure.

WHEREFORE, Plaintiff, MARIA SERNA, Individually, demands judgment against Defendant, UNITED STATES OF AMERICA by and through its physician and other health care provider employees, including but not limited to Erleine Bautista, M.D., Sarika Arora, M.D., Kalpina Singh, M.D. and Adriana Rivera, CNM, in an amount in excess of seventy-five thousand dollars ($75,000.00).

_____
Attorney for Plaintiffs

Ruth M. Degnan, Esq., #6215955
**MCNABOLA LAW GROUP, P.C.**
55 W. Wacker Drive - 9th Floor
Chicago, IL 60601
TEL: 312/629-2900